# Katten

**50 Rockefeller Plaza**
**New York, NY 10020-1605**
**+1.212.940.8800 tel**
**katten.com**

**BRIAN L. MULDREW**
brian.muldrew@katten.com
+1.212.940.6581 direct
+1.212.894.5796 fax

**VIA ECF**

June 13, 2024

Honorable John P. Cronan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**Re:**    ***Factor75, LLC and Grocery Delivery E-Services USA Inc. v. Ruprecht Company,***
***d/b/a Kilcoy Global Foods North America*, No. 24-cv-04094**
**Defendant's Request for Extension of Time to Respond to Complaint and to Make**
**an Application to Maintain Seal**

Dear Judge Cronan:

This firm represents Defendant Ruprecht Company d/b/a Kilcoy Global Foods North America ("Defendant") in the above-referenced action. We write pursuant to Rule 3(B) of this Court's Individual Rules to request an extension of time for Defendant to respond to Plaintiffs Factor75, LLC and Grocery Delivery E-Services USA Inc.'s (collectively, "Plaintiffs") Complaint, and for the parties to make an application to maintain the seal on the Complaint and its accompanying exhibits.

Defendant's current deadline to respond to Plaintiffs' Complaint under the Federal Rules of Civil Procedure is June 20, 2024. Additionally, the parties' deadline to make an application to maintain the seal is also June 20, 2024. Defendant requires additional time to thoroughly review the background materials that are necessary for Defendant to adequately address and respond to the allegations in the Complaint. The parties have conferred, and Plaintiffs have consented to Defendant's request for extension.

Accordingly, Defendant respectfully requests that the deadline for Defendant to move, answer, or otherwise respond to the Complaint, and the deadline for the parties to make an application to maintain the seal be extended to July 22, 2024. There have been no previous requests for extensions of time in this matter.

Respectfully,

*/s/ Brian L. Muldrew*
Brian L. Muldrew
*Counsel for Defendant*

KATTEN MUCHIN ROSENMAN LLP
CENTURY CITY     CHARLOTTE     CHICAGO     DALLAS     LOS ANGELES
NEW YORK     ORANGE COUNTY     SHANGHAI     WASHINGTON, DC
A limited liability partnership including professional corporations
LONDON: KATTEN MUCHIN ROSENMAN UK LLP

**Katten**

June 13, 2024
Page 2

Cc:     Charles DeVore (*pro hac vice* pending)
        *Counsel for Defendant*

        David S. Kleban
        *Counsel for Plaintiffs*