**Patterson Belknap**

August 7, 2024

> Application GRANTED.
> SO ORDERED.
>
> _[signature]_
>
> **Barbara Moses**
> **United States Magistrate Judge**
> **August 8, 2024**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/8/2024_

**MEMO ENDORSED**

(212) 336-2641
dkleban@pbwt.com

**Via ECF**

Honorable Barbara Moses
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

      Re:   *Factor75, LLC and Grocery Delivery E-Services USA Inc. v. Ruprecht Company, d/b/a Kilcoy Global Foods North America*, No. 24-cv-04094

Dear Judge Moses:

      We represent Plaintiffs Factor75, LLC and Grocery Delivery E-Services USA Inc. ("Plaintiffs") in this action. We write pursuant to Sections 1(b) and 2(a) of the Court's Individual Practices to request a 30-day extension of the deadlines (i) for Plaintiffs to respond to the counterclaims asserted by Defendant Ruprecht Company, d/b/a Kilcoy Global Foods North America ("Defendant") and (ii) for the parties to make any application to maintain the seal on Defendant's answer and counterclaims. This is Plaintiffs' first request for an extension of these deadlines.

      The current deadline by which Plaintiffs must respond to Defendant's counterclaims is August 12, 2024. Additionally, Defendant has moved to temporarily seal its answer and counterclaims until August 21, 2024 to allow the parties time to make any application to permanently seal portions thereof. ECF No. 11. Plaintiffs seek additional time to investigate the facts related to Defendant's allegations so they can appropriately respond to Defendant's counterclaims. Defendant previously requested a 30-day extension to its time to respond to Plaintiffs' complaint and for the parties to make any application to maintain the seal on Plaintiffs' complaint, which was granted. ECF No. 8.

      Accordingly, Plaintiffs respectfully request that the deadline for Plaintiffs to respond to Defendant's counterclaims be extended to September 11, 2024. In the event the Court grants Defendant's motion to temporarily seal Defendant's counterclaims, Plaintiffs also request that the deadline for the parties to make an application to maintain the seal be extended to September 20, 2024, and that the temporary seal be maintained until then.

      The parties have conferred and Defendant consents to Plaintiffs' requests.