USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/17/2024_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FACTOR 75, LLC, et al.,

        Plaintiffs,

-against-

RUPRECHT COMPANY,

        Defendant.

24-CV-4094 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    As discussed on the record during today's status conference, no later than **December 20, 2024**, the parties must file a joint letter proposing any extension to the discovery schedule.

Dated: New York, New York
       December 17, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**