```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/4/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FACTOR75, LLC, and GROCERY DELIVERY
E-SERVICES USA INC.,

                Plaintiffs,

    -against-

RUPRECHT COMPANY dba Kilcoy Global
Foods North America,

              Defendant.

24-CV-04094 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed defendant's letter-motion (Dkt. 33) seeking an order compelling plaintiffs to produce additional documents, plaintiffs' letter-response (Dkt. 34), and defendant's letter-reply (Dkt. 35).

Judge Moses will hold a discovery conference on **March 19, 2025, at 11:00 a.m.** in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. Counsel must be prepared to discuss the disputes outlined in the parties' letters. The Clerk of Court is respectfully directed to close the motion at Dkt. 33.

Dated: New York, New York
       March 4, 2025

                              **SO ORDERED**.

                              _____

                              **BARBARA MOSES**
                              **United States Magistrate Judge**