UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3/14/2025
```

FACTOR75, LLC, et al.,

        Plaintiffs,

-against-

RUPRECHT COMPANY,

        Defendant.

24-CV-04094 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    Due to construction in Courtroom 20A, the discovery conference scheduled for March 19, 2025, at 11:00 a.m., will be held in **Courtroom 18D**, 500 Pearl Street, New York, NY 10007.

Dated: New York, New York
       March 14, 2025

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**