USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/16/2025

Application GRANTED. The status conference scheduled for May 20, 2025, is adjourned to **July 1, 2025, at 2:00 p.m.** The parties' joint status update letter is due June 24, 2025. **SO ORDERED**.

Barbara Moses
United States Magistrate Judge
May 16, 2025

**MEMO ENDORSED**

<u>VIA ECF</u>

May 16, 2025

Honorable Barbara Moses
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re: *Factor75, LLC and Grocery Delivery E-Services USA Inc. v. Ruprecht Company, d/b/a Kilcoy Global Foods North America*, No. 24-cv-04094
Joint Letter-Motion Requesting Adjournment of the May 20, 2025 Status Conference

Dear Judge Moses:

Pursuant to Rule 2(a) of this Court's Individual Practices, the Parties in the above-captioned case respectfully submit this joint letter-motion to request an adjournment of the upcoming Status Conference currently scheduled for May 20, 2025. All Parties consent to this request, and there have been no prior requests for adjournment of this Status Conference. The Parties are scheduled to participate in a mediation on June 18, 2025, and, after conferring, agree that adjourning the Status Conference until after the mediation would promote judicial efficiency and conserve resources.

Accordingly, the Parties jointly request that the Status Conference be adjourned and rescheduled to one of the following dates, subject to the Court's availability:

- June 24, 2025;
- July 1, 2025; or
- July 8, 2025.

Respectfully submitted,

*/s/ David S. Kleban*
David S. Kleban
Jonah Wacholder
Patterson Belknap Webb & Tyler LLP
1133 Avenue of the Americas
New York, NY 10036
212.336.2000
dkleban@pbwt.com
jwacholder@pbwt.com

*/s/ Charles A. DeVore*
Charles A. DeVore (*pro hac vice*)
Katten Muchin Rosenman
525 W. Monroe Street
Chicago, IL 60661-3693
312.902.5478
charles.devore@katten.com

Brian L. Muldrew
Katten Muchin Rosenman

*Counsel for Factor75, LLC and
Grocery Delivery E-Services USA Inc.*

50 Rockefeller Plaza
New York, NY 10020-1605
212.940.6581
brian.muldrew@katten.com

*Counsel for Ruprecht Company*