UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___04/17/26___

FACTOR75, LLC, et al.,

        Plaintiffs,

-against-

RUPRECHT COMPANY,

        Defendant.

24-CV-04094 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Due to a conflict in the Court's schedule, the discovery conference scheduled for April 20, 2026 will begin at **10:30 a.m.**, instead of 10:00 a.m.

Dated: New York, New York
     April 17, 2026

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**