USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 09/01/26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FACTOR75, LLC, et al.,

Plaintiffs,

-against-

RUPRECHT COMPANY,

Defendant.

24-CV-04094 (JPC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

During the telephonic status conference held today, the parties confirmed that discovery is now complete and that both sides plan to move for summary judgment. Therefore, no later than **September 15, 2026**, the parties must submit to the District Judge a joint pre-motion letter summarizing the bases for the anticipated motions and proposing a briefing schedule for those motions.

Dated: New York, New York
September 1, 2026

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**